## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| COOK CHILDREN'S HEALTH FOUNDATION a/k/a W.I. COOK FOUNDATION, INC., ET AL., § § § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | NO. MO:21-CV-00065 | |
| § | | |
| PIONEER NATURAL RESOURCES, COMPANY, § § § | | |
| *Defendant.* § | | |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and based upon the Plaintiffs' Amended Notice of Dismissal Without Prejudice (Doc. 29) filed January 21, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 25th day of January, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE